UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JIMMY GUERRERO-CORTEZ,
Petitioner,
v.
PATRICK DIVVER, et al.,
Respondents.

Case No.: 26-cv-03047-BJC-MSB

**ORDER REQUIRING SUPPLEMENTAL BRIEFING**

Before the Court is Petitioner Jimmy Guerrero-Cortez's ("Petitioner") second Petition for a Writ of Habeas Corpus filed under 28. U.S.C. § 2241. ECF No. 1. Also before the Court is Respondents' Return to Habeas Petition, ECF No. 6, and Petitioner's Affidavit in Support of his Habeas Petition. ECF No. 8.

Petitioner alleges he received a constitutionally inadequate bond hearing. *See generally* ECF Nos. 1; 6. Petitioner alleges that he appealed the bond determination, and the Board of Immigration Appeals ("BIA") denied relief. ECF No. 1 ¶ 2. Respondents agree that Petitioner appealed the denial of bond and the order granting DHS's motion to

pretermit. ECF No. 6 at 2. However, Respondents contend that the BIA has not dismissed Petitioner's appeals, and those appeals are still pending before the BIA. *Id.*

Finding it essential to the determination of the issues, the Court **ORDERS** the Parties to file supplemental briefs, by no later than **November 30, 2026**, addressing the status of Petitioner's BIA appeals.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Honorable Benjamin J. Cheeks
United States District Judge